UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>$6,850.00.00 IN U.S. CURRENCY AND ONE 2003 HUMMER H2 SUV,<br><br>    Defendants.<br><br>VIRGINIA SERRATO-JIMENEZ AND JOSE CABRERA-JIMENEZ,<br><br>    Claimant. | No.: CV 17-03285-CJC(Ex)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

Plaintiff United States of America (the "government") and claimants Virginia Serrato-Jimenez and Jose Cabrera-Jimenez ("Claimants") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests the Claimants may have in the defendants, namely, $6,850.00 in U.S. Currency and One 2003 Hummer H2 SUV.

This civil forfeiture action was commenced on May 2, 2017. Notice was given and published according to law. Claimants filed their claims on June 30, 2017 (Dkts. 16 & 17), their answers on August 11, 2017 (Dkts. 19 & 20), and their Notice of Interested Parties on August 14, 2017 (Dkts. 22 & 23). No other claims or answers were filed, and the time for filing claims and answers has expired

The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that

- the 2003 Hummer H2 SUV, and
- $3,425.00 of the defendant $6,850.00 in U.S. Currency, plus all interest earned on the entirety of the defendant $6,850.00 in U.S. Currency since seizure,

are hereby forfeited to the United States, and no other right, title or interest shall exist therein. The remaining $3,426.00 of the defendant $6,850.00 in U.S. Currency, without any interest, shall be returned to Claimants via ACH deposit. Claimants shall provide the information necessary to facilitate such payment according to law.

The Court finds that there was reasonable cause for the seizure of the defendant assets and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

///

Each of the parties shall bear its own fees and costs in connection with this seizure, retention and return of the defendant currency.

DATED: October 26, 2017

_____
UNITED STATES DISTRICT JUDGE
CORMAC J. CARNEY

**CC: FISCAL**